FILED

03/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0477

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0477

ROBYN DRISCOLL; MONTANA DEMOCRATIC PARTY; AND DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE

Plaintiffs and Appellees,

v.

CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's unopposed motion to dismiss the appeal, and good cause appearing,

IT IS HEREBY ORDERED that Appellants' motion to dismiss the appeal is GRANTED.

IT IS FURTHER ORDERED that each side shall bear its own costs.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 8 2021